
**ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 0 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **08-00008** |
| Plaintiff, | |
| | **COMPLAINT** |
| vs. | **CONSPIRACY**<br>[18 U.S.C. § 371]<br>(Count I)<br>**SEX TRAFFICKING**<br>[18 U.S.C. §§ 1591(a) & §2]<br>(Count II)<br>**FOREIGN TRANSPORTATION**<br>**FOR PROSTITUTION**<br>[18 U.S.C. §§ 2421 & §2]<br>(Count III) |
| SONG JA CHA,<br>IN HA CHA<br>FREDA ESEUN, and<br>SAKNIN A. WERIA, | |
| Defendants. | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

### COUNT I - CONSPIRACY

Beginning in or about April 2007, continuing to in or about January 14, 2008, in the District of Guam and elsewhere, SUN JA CHA, IN HA CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, together with others known and unknown, unlawfully, willfully and knowingly did conspire, confederate and agree, together and with each other, to commit offenses against the United States, to wit, to commit sex trafficking in violation of Title 18, United States

1

Code, Section 1591(a); to commit interstate and foreign transportation of persons for purposes of prostitution in violation of Title 18, United States Code, Section 2421.

All in violation of Title 18, United States Code, Section 371.

## COUNT II - SEX TRAFFICKING

Beginning in or about April 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HA CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, in and affecting interstate and foreign commerce, unlawfully, knowingly and wilfully recruited, enticed, harbored, transported, provided and obtained by any means D.R., S.S., M.C., L.P., K.C., N.T., Chuukese nationals, and benefitted, financially and by receiving a thing of value, from participation in a venture which has engaged in commercial sex acts, knowing that fraud, force and coercion, as defined in Title 18, United States Code, Sections 1591(c)(2)(A) and (B), would be used to cause D.R., S.S., M.C., L.P., K.C., N.T. to engage in such acts.

All in violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT III - FOREIGN TRANSPORTATION FOR PROSTITUTION

From in or about April 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HA CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: D.R., S.S., S.S., M.C., L.P., K.C., N.T., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under 9 Guam Code Annotated §28.30(a)(1), (b)(1) and 4.60.

All in violation of Title 18, United States Code, Sections 2421 and 2.

COMPLAINT FURTHER STATES:

My name is Erfel Matanguihan and I am a Special Agent with the United States Immigrations and Customs Enforcement (ICE). In that capacity, I attest to the following:

2

1. On January 13, 2008, in the Territory of Guam, a Guam Police Department (GPD) officer responded to a complaint from a club worker who said the owner/operator of a club called Blue House had her passport and refused to give it back. Guam Police officers responded and uncovered an operating brothel and enough corroborating evidence to justify arrest of the owner of the club and two employees on local charges including unlawful restraint, compelling prostitution and aggravated assault. GPD's Criminal Investigation Section (CIS) responded to the scene, obtained and executed a search warrant and collected evidence along with $250,543.44 in cash found concealed in various locations about the club. ICE Resident Agent in Charge/Guam subsequently adopted the currency seizure and opened a criminal investigation for Human Trafficking violations.

2. I received and reviewed copies of the GPD police reports under police case number 2008-01208 and learned that from GPD's interviews of the girls herein referred to as K.C., S.S., L.P., M.C., D.R., S.S., and N.T., the following statements were commonly evident.

    a. The girls who range in age of 18 to 22, were all recruited in Chuuk, Federated States of Micronesia (FSM) to work on Guam, U.S.A. by either Sinisio TIPINGENI, SAININ (the daughter of Sinisio TIPINGENI) or both, on behalf of the employer Song Ja CHA. The recruitment varied in dates from April 2007 to December 2007.

    b. SAININ and Sinisio TIPINGENI, citizens and residents of Chuuk, made the girls believe that they would be working as waitresses or store clerks in a legitimate restaurant or a retail establishment on Guam.

    c. Passport applications and travel arrangements for the girls were facilitated by SAININ and Sinisio TIPINGENI.

    d. Airfare and related travel cost were paid for by the employer Song Ja CHA.

    e. In Han CHA picked up the majority of the girls at the airport when the girls arrived on Guam. In Han CHA was accompanied by one or two other club workers when he picked up a new arrival at the airport. The girls were immediately taken to Blue House and introduced to Song Ja CHA.

3

f. Song JA CHA immediately confiscates the girls passports. Song Ja CHA warned the girls that they were indebted to Song Ja CHA for the expenses of bringing them to Guam, and that the girls must work to pay off their debt. Song Ja CHA does not disclose the travel costs to the girls.

g. Song Ja CHA threatened the girls that should they runaway, Song Ja CHA will call the POLICE and have the girls arrested.

h. The girls soon discovered that Blue House was actually a bar and were compelled to work as hostesses. Eventually, the girls were drawn into prostitution, engaging in protected and unprotected sexual intercourse in private rooms with male customers for the price of $40.00. The girls worked everyday from 4pm to 2am on weekdays, and up to 4am on weekends. On average, the girls claimed to have engaged in sexual intercourse with 3 to 10 men per night.

i. The girls refusal to engage in sexual intercourse, and not satisfying the male customers were met with customers complaining to Song Ja CHA. Song Ja CHA would shout and become verbally abusive to the girls and pressure the girls to have sex with the customers to make the customers "happy".

j. Song Ja CHA withheld meals from the girls who refused to have sex with customers or when customers were not satisfied. On at least one occasion, Song Ja CHA slapped, kicked the legs and pulled the hair of one of the girls after a customer complained that she refused to engage in sexual intercourse.

k. Song Ja CHA employs two trusted employees Freda ESEUN and Saknin A WERIA, both FSM citizens from Chuuk, who acted as the girls' supervisors. ESEUN and WERIA kept close watch of the girls and monitored their communication with family members and relatives to ensure the girls did not disclose the activities at the club. ESEUN and WERIA also trained the girls on how to make the customers "happy" by engaging in sexual contact and intercourse.

l. Shortly after the arrival of the girls at Blue House, Song Ja CHA with the help of ESEUN or WERIA, transported the girls to a clinic in the Tamuning area to receive a shot. The girls

4

later learned that the shot they received was a contraceptive.

    m. Song Ja CHA collects the nightly earnings and keeps the money in her bed room within Blue House. Song Ja CHA shares this bedroom with her husband In Han CHA. The girls sleep in a group and shares a makeshift bed within Blue House.

    n. Song Ja CHA ensures that the doors in Blue House are kept locked to prevent the girls from leaving.

    o. A few of the girls complained of not being paid any salary since their arrival at Blue House. Some who had received salary payments, claimed that Song Ja CHA and In Han CHA sent money through Western Union to Sinisio TIPINGENI in Chuuk, who would facilitate the transfer of the money to the parents or relatives of the girls in Chuuk.

3. One of the girls employed at Blue House herein referred to as E.N. was said to be mentally challenged. E.N. only described her duties as a hostess and denied engaging in prostitution. The other girls say otherwise and said that E.N. was also drawn into prostitution and at times would be slapped around by Song Ja CHA.

4. During the initial response by patrol officers, GPD Officer Norbert Tan stumbled into one of the girls and a male customer in a private room who were naked. Officer Tan observed the two engaged in sexual touching and learned that the two had just finished sexual intercourse.

5. The following are some of the evidence seized by GPD at Blue House following the execution of a search warrant on January 14, 2008;

    a. U.S. Currency in various bills and coins totaling $250, 543.44. The cash were found at several locations in the club concealed in flower vases and clothing.

    b. Used condoms found underneath a couch in one of the private rooms.

    c. Several Western Union Money Transfer receipts in various amounts sent by In Han CHA to Sinisio TIPINGENI and others; Western Union Money Transfer receipts in various amounts sent by Song Ja CHA to Sainin SAM and Sinisio TIPINGENI.

    d. Travel itinerary receipts for K.C. and S.S.

5

e. Ledgers with hand written symbols and corresponding dollar values.

6. On January 18, 2008, Song Ja CHA telephonically contacted K.C. and invited K.C. to return to the club to work. Song Ja CHA told K.C. that they were going to open for business again K.C. declined the offer and spoke briefly to Saknin WERIA before hanging up the phone.

7. A joint investigation by GPD and ICE is continuing. Additional leads are developing daily and more girls are being identified as past employees of Blue House.

DATED this 7th day of February 2008.

ERFEL MATANGUIHAN
Special Agent
Immigrations and Customs Enforcement

SUBSCRIBED AND SWORN TO before me on this 7th day of February 2008.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

6

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

**08-00008**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name _____ SONG JA CHA _____

Alias Name _____

Address _____

_____ Tumon, Guam _____

Birthdate _Xx/xx/1942_ SS# _xxx-xx-_ Sex _F_ Race _A_ Nationality _Korean_

**U.S. Attorney Information:**

AUSA _____ Rosetta L. San Nicolas _____

**RECEIVED FEB 07 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Interpreter: ___ No _X_ Yes    List language and/or dialect: _Korean_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 18 USC 1591(a) & 2 | Sex Trafficking | 2 |
| Set 3 | 18 USC 2421 & 2 | Foreign Transportation for Postitution | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: _2/6/08_    Signature of AUSA: _[signature]_

**Place of Offense:**

City _____Hagåtña_____   **Related Case Information:**

Country/Parish _____   Superseding Indictment _____ Docket Number **08-00008**
                                            Same Defendant _____    New Defendant __x__
                                            Search Warrant Case Number _____
                                            R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name     __IN HAN CHA__

Alias Name

Address

                 __Tumon, Guam__

Birthdate __Xx/xx/1951__ SS# __xxx-xx-___ Sex __M__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA    __Rosetta L. San Nicolas__

Interpreter: _____ No __X__ Yes    List language and/or dialect: __Korean__

*RECEIVED FEB 07 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM*

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__      _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 18 USC 1591(a) & 2 | Sex Trafficking | 2 |
| Set 3 | 18 USC 2421 & 2 | Foreign Transportation for Postitution | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/6/08__    Signature of AUSA: _[signature]_

**Place of Offense:**

City    Hagåtña

Country/Parish _____

**Related Case Information:**

**08-00008**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name    FREDA ESEUN

Alias Name _____

Address _____

Tumon, Guam

Birthdate __Xx/xx/1984__ SS# __xxx-xx-__ Sex __F__ Race __PI__ Nationality __Chuukese__

**U.S. Attorney Information:**

AUSA    Rosetta L. San Nicolas

Interpreter: ____ No __X__ Yes    List language and/or dialect: __Chuukese__

RECEIVED FEB 07 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | 1 |
| Set 2 | 18 USC 1591(a) & 2 | Sex Trafficking | 2 |
| Set 3 | 18 USC 2421 & 2 | Foreign Transportation for Postitution | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/6/08__    Signature of AUSA: _____

Criminal Case Cover Sheet                                                   U.S. District Court

**Place of Offense:**

City _____Hagåtña_____        **Related Case Information:**

Country/Parish _____      Superseding Indictment _____ Docket Number **08-00008**
                                    Same Defendant _____     New Defendant ___x___
                                    Search Warrant Case Number _____
                                    R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name          __SAKNIN A. WERIA_____

Alias Name              _____

Address                 _____

                        __Tumon, Guam_____

Birthdate Xx/xx/1984  SS# xxx-xx-  Sex _F_  Race __PI__  Nationality _Chuukese_

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas_____

Interpreter: ____No __X__Yes   List language and/or dialect: ___Chuukese___

RECEIVED FEB 07 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__        ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _18 USC 371_ | Conspiracy | 1 |
| Set | 2 _18 USC 1591(a) & 2_ | Sex Trafficking | 2 |
| Set | 3 _18 USC 2421 & 2_ | Foreign Transportation for Postitution | 3 |
| Set | 4 | | |

(May be continued on reverse)

Date: __2/6/08__   Signature of AUSA: _____