1   LEONARDO M. RAPADAS
    United States Attorney
2   ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4   Hagåtña, Guam 96910
    Tel: (671) 472-7332
5   Fax: (671) 472-7334
6

7   Attorneys for the United States of America

8                   IN THE UNITED STATES DISTRICT COURT

9                       FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO.
                                     )
12                    Plaintiff,     )
                                     )
13              vs.                  )  **ORDER TO SEAL RECORD**
                                     )
14  SONG JA CHA,                     )
15  IN HA CHA,                       )
    FREDA ESEUN, and                 )
16  SAKNIN A. WERIA,                 )
                                     )
17                    Defendants.    )
18  _____)

19

20       Through an application to seal record having come before this Honorable Court and the

21  Court finding good cause for the issuance of the order;

22       IT IS SO ORDERED that the record is sealed.

23

24                                      **/s/ Joaquin V.E. Manibusan, Jr.**
25                                         **U.S. Magistrate Judge**
                                        **Dated: Feb 07, 2008**
26

27

28