LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00008 |
| Plaintiff, | |
| vs. | **ORDER TO UNSEAL RECORD** |
| SONG JA CHA, IN HA CHA, FREDA ESEUN, and SAKNIN A. WERIA, | |
| Defendants. | |

Through an application to unseal the record having come before this Honorable Court and the Court finding good cause for the issuance of the order.

IT IS SO ORDERED that the record is unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 08, 2008