AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

IN HA CHA

**WARRANT FOR ARREST**

Case Number: CR-08-00008-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **IN HA CHA**
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of court

☐ Pretrial Release     ☐ Probation     ☐ Supervised Release     ☐ Violation Notice
    Violation Petition       Violation Petition       Violation

charging him or her with    (brief description of offense)

Conspiracy, 18 U.S.C. § 371, Count 1

Sex Trafficking, 18 U.S.C. §§ 1591(a) & 2, Count 2

Foreign Transportation for Prostitution, 18 U.S.C. §§ 2421 & 2, Count 3

☐ in violation of Title           United States Code, Section(s)       

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

**RECEIVED**
FEB 07 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

| JOAQUIN V. E. MANIBUSAN, JR. | /s/ signature |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 02/07/2008     Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Harmon, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/7/08 | | |
| DATE OF ARREST | ERFEL MATANGUIHAN, S/A | /s/ |
| 2/7/08 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __IN HA CHA__

ALIAS: ____

LAST KNOWN RESIDENCE: ____

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: ____

DATE OF BIRTH: ____

SOCIAL SECURITY NUMBER: ____

HEIGHT: ____   WEIGHT: ____

SEX: ____   RACE: ____

HAIR: ____   EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: ____