# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00008            DATE: February 8, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Geraldine A. Cepeda | Court Recorder: Leilani Toves Hernandez |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 2:51:22 - 5:03:36 |
| CSO: N. Edrosa | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Song Ja Cha | Attorney: Curtis Van de veld, Retained |
|            In Ha Cha |            Curtis Van de veld, Retained |
|            Freda Eseun |            John Gorman, Appointed |
|            Saknin A. Weria |            Jacqueline T. Terlaje for J. Arriola, Jr., Appointed |

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☐ Present ☐ Retained ☐ FPD ☐ CJA

| | |
|---|---|
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: V. Roman |
| Interpreter: Sung W. Yoon | Language: Korean |
|              Shining Sos |              Chuukeese |

**PROCEEDINGS: Initial Appearance on a Complaint**
- Financial Affidavit reviewed and accepted: Federal Public Defender for Freda Eseun, Joaquin C. Arriola, Jr., for Saknin A. Weria.
- Governments motion to unseal granted.
- Defendants arraigned and advised of their rights, charges and penalties.
- Preliminary Examination hearing set for <u>February 26, 2008 at 9:00 a.m.</u>
- Defendants released.

NOTES: