ORIGINAL

songchaetalind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

FEB 20 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONG JA CHA,<br>IN HAN CHA,<br>FREDA EUSEN and,<br>SAKNIN A. WERIA,<br><br>Defendants. | CRIMINAL CASE NO. 08-00008<br><br>**INDICTMENT**<br><br>**CONSPIRACY**<br>[18 U.S.C. § 371]<br>(Count I)<br>**SEX TRAFFICKING**<br>[18 U.S.C. §§ 1591(a) & §2]<br>(Count II)<br>**COERCION AND ENTICEMENT TO TRAVEL FOR PURPOSE PROSTITUTION**<br>[18 U.S.C. §§ 2422 & 2]<br>(Count III)<br>**FORFEITURE ALLEGATION**<br>[18 U.S.C. § 1594(b)]<br>(Count IV) |

THE GRAND JURY CHARGES:

## COUNT I - CONSPIRACY

### Introductory Allegations

1. At all times relevant to this Indictment, SONG JA CHA, and IN HAN CHA, the defendants, husband and wife, were the owners of a business identified as the "Blue House", located in Tamuning, Guam. SONG JA CHA and IN HAN CHA owned, managed and controlled the "Blue House,, while defendants FREDA EUSEN and SAKNIN A. WERIA, acted

as enforcers and carrying out the dictates of SONG JA CHA and IN HA CHA. Although licensed as a retail business for the sale of food and sodas, SONG JA CHA and IN HAN CHA operated the "Blue House" as a commercial sex house.

2. At all times relevant to this Indictment, FREDA EUSEN and SAKNIN WERIA, indicted co-conspirators, were employees of the Blue House.

3. At all times relevant to this Indictment, the Compact of Free Association permits Chuukese Nationals from the Federated States of Micronesia to travel and work in the United States and its Territories, and D.R., So.S, Si.S, E.N., M.C., L.P., K.C. and N.T. were all Chuukese nationals and citizens from the Federated States of Micronesia.

## The Scheme

4. Beginning in about April 2007, SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, together with others known and unknown, fraudulently sought to establish and operate an illegal commercial sex house at the Blue House. To further this scheme, defendants, co-conspirators, and others: a) fraudulently misrepresented to D.R., So.S., Si.S., E.N. M.C., L.P., K.C., and N.T., and others that they would employ D.R., So.S., Si.S., E.N. M.C., L.P., K.C., N.T. . and others in paid, lawful jobs; (b) misrepresenting that the Blue House would be a lawful business enterprise; ( c) misrepresenting that SONG JA CHA and IN HAN CHA, as employers, would send the victims' earned income to their family members; and (d) misrepresenting that they would, in fact, be paid a fair and legal wage for their work at the Blue House,  e) induced D.R., So.S., Si.S., E.N. M.C., L.P., K.C., and N.T. ("Victims") to travel from Chuuk, Federated States of Micronesia to Guam, U.S.A; and f) forced them to engage in acts of prostitution.

## The Conspiracy

5. From in or about April, 2007, continuing to in or about January 14, 2008, in the District of Guam and elsewhere, SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, together with others known and unknown, unlawfully, willfully and

2

knowingly did conspire, confederate and agree, together and with each other, to commit offenses against the United States, to wit, to commit sex trafficking in violation of Title 18, United States Code, Sections 1591(a) and 2; to commit interstate and foreign transportation of persons for purposes of prostitution in violation of Title 18, United States Code, Sections 2422 and 2.

6. It was a part and object of the conspiracy that SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, and their co-conspirators, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided and obtained by any means the Victims, and benefitted, financially and by receiving a thing of value, from participation in a venture which has engaged in commercial sex acts, knowing that fraud, force and coercion, as defined in Title 18, United States Code, Sections 1591(c)(2)(A) and (B) and (c), would be used to cause the Victims to engage in such acts, in violation of Title 18, United States Code, Section 1591(a).

7. It was further a part and object of the conspiracy that SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants and their co-conspirators, knowingly persuaded, induced, enticed and coerced individuals, to wit: D.R., So.S., Si.S., E.N. M.C., L.P., K.C., and N.T. to travel in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity for which those individuals may be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2422 and 2.

## Means and Method of the Conspiracy

8. Among the means and methods by which SUN JA CHA, IN HAN CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, together with others known and unknown, would and did carry out the conspiracy, were the following:

   a. SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, and their unindicted co-conspirators, told the Victims that they would be lawfully employed at the Blue House and that the employers would pay for their flight, housing, and food.

3

b. SUN JA CHA, IN HAN CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, and their co-conspirators, compelled the Victims to engage in acts of prostitution immediately upon their arrival in Guam, U.S.A., by using deception, and demanded that they surrender their Federated States of Micronesia passports, threats of physical, economic and emotional harm, physical battery, close supervision, and economic coercion to compel their service.

c. SUN JA CHA, IN HAN CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, and their co-conspirators kept the vast majority of the monies they received, returning to the Victims a meager pittance of their earnings.

d. SUN JA CHA, IN HAN CHA, FREDA EUSEN, and SAKNIN A. WERIA, the defendants, and their co-conspirators, intimidated, threatened, and coerced the Victims through threats of economic and emotional harm, physical harm, physical restraint, close supervision, withholding of food, threatening to use the law, and rules to maintain their services as prostitutes.

## Overt Acts

9. In furtherance of the conspiracy and to effect the objects thereof, the conspirators committed and caused to be committed the following overt acts, among others, within the District of Guam and elsewhere:

a. Beginning in or about April 2007, defendant, and others, located young women who could be brought to Guam, U.S.A. to work for the Blue House, with unnamed co-actors and co-conspirators acting as Recruiters.

b. Beginning in or about May 28, 2007, unnamed co-actors and co-conspirators, traveled to Guam, U.S.A. from the Federated States of Micronesia and visited the Blue House.

c. From in or about April 2007 through January 14, 2008, SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, and their co-conspirators, through unnamed co-actors and co-conspirators, made materially false and misleading statements to the Victims and others known and unknown regarding the availability of lawful jobs with SUN JA

4

CHA and IN HAN CHA.

    d. SUN JA CHA, IN HAN CHA, defendants and their unindicted co-conspirators, arranged for the Victims to receive their Federated States of Micronesia passports so that they could enter and work in Guam.

    e. The defendants and their co-conspirators induced and paid for the Victims' travel from Chuuk, F.S.M. to Guam, U.S.A. on the following dates:

| Victims: | Date of Travel: |
|---|---|
| K.C. | May 3, 2007 |
| E.N. | June 19, 2007 |
| So. S. | October 4, 2007 |
| L.P. | October 18, 2007 |
| M.C. | October 18, 2007 |
| D.R. | December 11, 2007 |
| Si. S. | December 12, 2007 |
| N.T. | December 27, 2007 |

    f. Beginning in or about May 3, 2007 through January 14, 2008, SUN JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, informed the Victims on their respective date of arrival that their job was "to make the customers happy" which entailed performing commercial sex acts.

    g. Beginning in or about May 3, 2007 through January 14, 2008, SUN JA CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, repeatedly told the Victims and others that if they ran away from the Blue House, that the Police would arrest them.

    h. Beginning in or about May 3, 2007 through January 14, 2008, SUN JA CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, told the Victims not to make any complaints about the work conditions or the type of employment to their friends or relatives.

    i. Beginning in or about May 3, 2007 through January 14, 2008, SUN JA CHA, FREDA

5

EUSEN, SAKNIN A. WERIA, the defendants, monitored all telephone calls made by D.R., Si.S., E.N. M.C., L.P., K.C., N.T. .

j. Beginning in or about May 3, 2007 through January 14, 2008, SUN JA CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, yelled and verbally abused D.R., Si.S., E.N. M.C., L.P., K.C., N.T. and withheld food from D.R., Si.S., E.N. M.C., L.P., K.C., N.T., after male customers complained about their "work" performance.

k. On a date between May 3, 2007 and January 14, 2008, SUN JA CHA, FREDA EUSEN, and SAKNIN A. WERIA, slapped K.C.'s face, struck K.C., kicked K.C., pulled K.C.'s hair and dragged K.C. across broken glass resulting in severe lacerations to her legs.

l. Beginning in or about October 2007 through January 14, 2008, SUN JA CHA, the defendant said that So.S. was too heavy to work at the Blue House, and placed her in a separate home to lose weight.

m. Each night from in or about May 3, 2007 through January 14, 2008, SONG JA CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, forced D.R., Si.S., E.N. M.C., L.P., K.C., N.T. to perform sexual acts at the Blue House.

All in violation of Title 18, United States Code, Section 371.

## COUNT II - SEX TRAFFICKING

10. The Grand Jury realleges, adopts and incorporated the allegations of counts two (2) through nine (9) as if fully set forth herein.

11. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, in and affecting interstate and foreign commerce, unlawfully, knowingly and wilfully recruited, enticed, harbored, transported, provided and obtained by any means D.R., So.S., Si.S., E.N. M.C., L.P., K.C., N.T. , Chuukese nationals, and benefitted, financially and by receiving a thing of value, from participation in a venture which has engaged in commercial sex acts, knowing that fraud, force and coercion, as defined in Title 18, United States Code, Sections

6

1591(c)(2)(A) and (B), would be used to cause D.R., So.S., Si.S., E.N. M.C., L.P., K.C., N.T. to engage in such acts.

All in violation of Title 18, United States Code, Sections 1591(a) and 2.

## COUNT III - COERCION AND ENTICEMENT TO TRAVEL FOR PURPOSE OF PROSTITUTION

12. The Grand Jury realleges, adopts and incorporates the allegations of paragraphs one (1) through twelve (12) as if fully set forth herein.

13. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: D.R., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

14. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: So.S., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

15. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: Si. S, in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would

7

constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

16. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: E.N., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

17. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: M.C., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

18. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: L.P., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

19. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: K.C., in

8

interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

20. Beginning in or about May 2007 through January 14, 2008, in the District of Guam and elsewhere, SONG JA CHA, IN HAN CHA, FREDA EUSEN, SAKNIN A. WERIA, the defendants, unlawfully, wilfully and knowingly, transported individuals, to wit: N.T., in interstate and foreign commerce, and in any Territory and Possession of the United States, with the intent that such individuals engage in prostitution and in sexual activity which would constitute a criminal offense under Title 9, Guam Code Annotated, Sections 28.30(a)(1), (b)(1) and 4.60.

All in violation of Title 18, United States Code, Sections 2422 and 2.

## COUNT IV - FORFEITURE ALLEGATION

21. The Grand Jury realleges, adopts and incorporated the allegations of paragraphs one (1) through twenty (20) as if fully set forth herein.

22. If convicted of the violations(s) involving sex trafficking and foreign transportation for prostitution as charged in Counts 1 through 3 of this Indictment, pursuant to 18 U.S.C. § 1594(b), SONG JA CHA, IN HAN CHA, the defendants, shall forfeit to the United States, any property consisting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation(s), including but not limited to any of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation(s), which includes, but is not limited to all right, title and interest of the defendants in:

**CASH PROCEEDS**

Approximately $250,543.44 in U.S. Currency, in that such sum in aggregate was received in exchange for the unlawful sex trafficking or foreign transportation for prostitution, or is

9

traceable thereto.

23. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants SONG JA CHA and IN HAN CHA:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent to the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18 United States Code, Section 982(b) and Title 18, United States Code, Section 1594(c)(2), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 1594(b).

Dated this 27th day of February, 2008.

A TRUE BILL.

**REDACTED**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

10