# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

UNITED STATES OF AMERICA
V.

**SONG JA CHA**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

**FILED**
**DISTRICT COURT OF GUAM**

**RECEIVED**

Case Number: CR-08-00008-001 FEB 2 2 2008

FEB 20 2008

**US MARSHALS SERVICE-GUAM**

**JEANNE G. QUINATA**
**Clerk of Court**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **Honorable Joaquin V. E. Manibusan, Jr.** | **302** |
| | Date and Time |
| | **Tuesday, February 26, 2008 at 10:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy, 18 U.S.C. § 371, Count 1**

**Sex Trafficking, 18, US.C. §§ 1591(a) & 2, Count 2**

**Coercion and Enticement to Travel for Purpose of Prostitution, 18 U.S.C. §§ 2422 & 2, Count 3**

**Forfeiture Allegation, 18 U.S.C. § 1594(b), Count 4**

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

**February 20, 2008**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2-21-08 |

### Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: *BLUE HOUSE LOUNGE LOCATED ON ROUTE 1, UPPER TUMON AT APPROXIMATELY 1530 HOURS*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___2-21-08___
         Date

*J. SALAS*
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.