# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

IN HAN CHA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-08-00008

**RECEIVED** FEB 20 2008 US MARSHALS SERVICE-GUAM

**FILED** DISTRICT COURT OF GUAM FEB 22 2008
JEANNE G. QUINATA
Clerk of Court

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 3rd Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 302 |
| | Date and Time |
| Before:    Honorable Joaquin V. E. Manibusan, Jr. | **Tuesday, February 26, 2008 at 10:00 a.m.** |

To answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy, 18 U.S.C. § 371, Count 1**

**Sex Trafficking, 18, US.C. §§ 1591(a) & 2, Count 2**

**Coercion and Enticement to Travel for Purpose of Prostitution, 18 U.S.C. §§ 2422 & 2, Count 3**

**Forfeiture Allegation, 18 U.S.C. § 1594(b), Count 4**

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**           *Marilyn B. Alcon*
Name and Title of Issuing Officer                Signature of Issuing Officer

**February 20, 2008**
Date

## RETURN OF SERVICE

Service was made by me on:[1]     Date  2-21-08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: BLUE HOUSE LOUNGE, LOCATED ON ROUTE 1, UPPER TUMON AT APPROXIMATELY 1530 HOURS

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2-21-08
              Date

J. SALAS
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.