**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00008-002　　　　　　　　　DATE: February 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 10:11:29 - 10:22:15
CSO: N. Edrosa

**APPEARANCES:**
Defendant: In Han Cha　　　　　　　　　　　Attorney: Curtis Van de veld
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　　　U.S. Marshal: D. Punzalan
Interpreter: Sung W. Yoon　　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Oral motion to withdraw as counsel by Curtis Van de veld. Granted
- Financial Affidavit reviewed and accepted, G. Patrick Civille is appointed as counsel for Mr. In Han Cha
- Trial set for: April 28, 2008 at 9:30 a.m.
- Defendant released on bail as previously ordered by this Court.

NOTES: