DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00008-002 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **IN HA CHA,** | |
| Defendant. | |

Following the granting of an oral motion to withdraw by retained counsel Curtis Van de veld based on a conflict of interest,

IT IS HEREBY ORDERED that G. PATRICK CIVILLE is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 26, 2008