✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**SONG JA CHA, ET AL.**      CASE NUMBER: **CR-08-00008**

TYPE OF CASE:

☐ **CIVIL**      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRE-TRIAL CONFERENCE and HEARING ON ALL MOTIONS**

**X TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 21, 2008 at 9:30 a.m. | CONTINUED TO DATE AND TIME<br><br>April 22, 2008 at 10:30 a.m. |
|---|---|---|

                                                        JEANNE G. QUINATA, CLERK OF COURT
                                                        U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| March 27, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     U. S. Attorney's Office
         Curtis Van de veld
         Howard Trapp
         G. Patrick Civille
         Federal Public Defender
         Joaquin C. Arriola, Jr.
         U.S. Probation Office
         U.S. Marshals Service