| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
| | United States Attorney |
| 2 | ROSETTA L. SAN NICOLAS |
| | Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza |
| | 108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910 |
| | Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00008 |
|---|---|---|
| Plaintiff, | ) | UNITED STATES MOTION TO |
| | ) | REVOKE DEFENDANTS' RELEASE |
| vs. | ) | ON RECOGNIZANCE |
| SONG JA CHA, | ) | |
| IN HAN CHA, | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order revoking defendants' release on personal recognizance.

Defendants were arraigned on this charge on February 26, 2008. At the same time, the court allowed both defendants to be released from custody on their personal recognizance. A copy of the release order is attached hereto as Exhibit A and B. One of the conditions was that Song Ja Cha and In Han Cha obey all state and federal laws. There is reason to believe that they have committed the offense of Promoting Prostitution, in violation of 9 Guam Code Annotated § 28.20(a)(1), (b) and 4.60, which prohibits a person from owning, controlling, managing, supervising or otherwise keeping, alone or in association with others, a place of prostitution or a prostitution enterprise, in violation of 9 G.C.A. § 28.20(a)(1), (b) and 4.60.

-1-

Accordingly, the United States requests that a hearing, pursuant to 18 U.S.C. §3142 and § 3148 be set to determine whether the defendants should be taken into custody pending trial.

Respectfully submitted this   5th   day of May, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI


                              By:   /s/ Rosetta L. San Nicolas
                                    ROSETTA L. SAN NICOLAS
                                    Assistant U.S. Attorney

# DECLARATION

1) I am the Assistant United States Attorney assigned to prosecute this case.

2) Defendants are charged with conspiracy, sex trafficking by force, fraud or coercion, coercion and enticement to travel for purpose of prostitution, and forfeiture allegation. Defendants are charged with obtaining eight young women through the use of fraud and misrepresentation, enticing them to travel to Guam, and compelling the eight women to commit commercial sex acts at the Blue House.

3) Defendants have received a copy of the Order Setting Conditions of Release which states:

> "IT IS ORDERED that the release of the defendant is subject to the following conditions: (1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case."

4) On May 1, 2008, Undercover I.C.E. Agents informed this office that The Blue House is now renamed "Pat's Liberty Karaoke". Despite the name change, the defendants are the managers and owners of the business. The Undercover I.C.E. Agent entered the Blue House on or about April 30, 2008 and observed an employee of the Blue House offer illegal acts of prostitution within the Blue House premises. The premises are currently the defendants' residence and are premises which the defendants own, control, manage, supervise or otherwise keep. As such, there is probable cause to believe that the defendants Song Ja Cha and In Han Cha have committed a Federal, State, or local crime while on release.

          /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

-3-