LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SONG JA CHA, ) <br> IN HAN CHA, ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 08-00008 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on May 5, 2008, I electronically filed United States' Motion to Revoke Defendants' Release on Recognizance filed on May 5, 2008 with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 5, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants: Howard Trapp, 200 Saylor Building, 139 Chalan Santo Papa, Hagatna, Guam.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: /S/ Rosetta L. San Nicolas
     ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney
     108 Hernan Cortez Ave., Ste.500
     Hagatna, Guam 96910
     (671) 472-7332