1
2
3
4
5                          IN THE DISTRICT COURT OF GUAM
6                          FOR THE TERRITORY OF GUAM
7
8    UNITED STATES OF AMERICA                    Criminal Case No. 08-00008-001 & 002
9                      Plaintiff,
10         vs.
11                                                            ORDER
     SONG JA CHA and IN HAN CHA,
12                      Defendants.
13

14         On February 8, 2008, the above-named defendants made their initial appearances before

15   the court.  At the conclusion of the hearing, the court released the defendants but imposed certain

16   conditions of release.  See Docket Nos. 15 & 17.

17         On May 5, 2008, the government filed a motion alleging that the defendants violated

18   certain release conditions, and thus requested the court to revoke the defendant's pretrial release

19   status.  See Docket No. 77.

20         The court hereby schedules the government's motion for hearing on Wednesday,

21   May 14, 2008, at 1:30 p.m.  The Defendants shall file a response to the motion no later than

22   Friday, May 9, 2008, at 3:00 p.m.  The Government may file a reply brief no later than Monday,

23   May 12, 2008, at 12 noon.  If the government intends to present the testimonies of witnesses at

24   the hearing in support of its motion, it shall file a witness list no later than May 9, 2008.

25         IT IS SO ORDERED.

26                                  /s/ Joaquin V.E. Manibusan, Jr.
27                                                  U.S. Magistrate Judge
                                                   Dated: May 05, 2008
28