IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONG JA CHA and IN HAN CHA,<br><br>Defendants. | Criminal Case No. 08-00008-001 & 002<br><br>ORDER |

The court hereby amends its Order filed on May 5, 2008, as follows: the hearing on the government's motion to revoke the defendants' pretrial release status is hereby moved from May 14, 2008, to Friday, May 16, 2008, at 10:00 a.m. The Defendants shall file a response to the motion no later than Monday, May 12, 2008, at 3:00 p.m. The Government may file a reply brief no later than Wednesday, May 14, 2008, at 12 noon. If the government intends to present the testimonies of witnesses at the hearing in support of its motion, it shall file a witness list no later than May 12, 2008.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: May 08, 2008**