**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant In Han Cha*



**FILED**
DISTRICT COURT OF GUAM

MAY 0 9 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00008 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION TO CONTINUE HEARING RE REVOCATION OF RELEASE** |
| SONG JA CHA, *et al.*, ) | |
| Defendants. ) | |

The parties in the above-entitled matter, the United States of America and Defendants Song Ja Cha and In Ha Cha, by stipulation, move this Court for an Order which:

1. Continues the hearing on the Government's Motion to Revoke Defendants' Release, currently scheduled for May 16, 2008, to May 29, 2008;

2. Requires the Government to file and serve by May 12, 2008 a list of witnesses it intends to call at the hearing on its motion;

///

///

///

///

1

ORIGINAL

3. Requires the defendants to file and serve their oppositions to the Government's motion by May 14 and the Government to file and serve its Reply, if any, by May 17.

SO STIPULATED.

CIVILLE & TANG, PLLC

Date: May 8, 2008

By: /s/ G. PATRICK CIVILLE
G. PATRICK CIVILLE
*Attorneys for Defendant In Han Cha*

HOWARD TRAPP INCORPORATED

Date: May ___, 2008 (MAY 0 9 2008)

By: /s/ HOWARD TRAPP
HOWARD TRAPP
*Attorney for Defendant Song Ja Cha*

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Date: May 9, 2008

By: /s/ ROSETTA L. SAN NICOLAS
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2