**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant In Ha Cha*

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00008-001 & 002 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **Granting Stipulation to Continue Hearing re** |
| SONG JA CHA, *et al.*, | ) | **Government's Motion to Revoke** |
| | ) | **Defendants' Release** |
| Defendants. | ) | |

Upon stipulation of the parties, IT IS HEREBY ORDERED that:

1. The May 16, 2008 hearing on the Government's motion to revoke defendants' release is moved to May 29, 2008, at 1:30 p.m.;

2. If the Government intends to call witnesses at the hearing, the Government shall file a witness list by May 12, 2008; and

3. The Defendants' opposition to the Government's motion shall be filed and served by May 16, 2008, and the Government's Reply, if any, shall be filed and served by May 21, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: May 09, 2008**