1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam  96910
   TEL:  (671) 472-7332
5  FAX:  (671) 472-7334

6  Attorneys for the United States of America

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE TERRITORY OF GUAM

9  UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO. 08-00008
                                      )
10                  Plaintiff,        )
                                      )
11           vs.                      )  **UNITED STATES**
                                      )  **WITNESS LIST**
12  SONG JA CHA, and                  )
    IN HAN CHA,                       )
13                                    )
                    Defendants.       )
14  _____  )

15      Pursuant to the order of this Court, the United States hereby submits the following witness

16  list for purposes of the Violation Hearing calendared for May 29, 2008 at 1:30 p.m..

17
18  1)  Erfel Matanguihan, Immigration and Customs Enforcement

    2)  Erwin Fejeran, Immigration and Customs Enforcement
19
    3)  Arriel Haupea, Guam Customs Officer
20
        Respectfully submitted this 12 th day of May, 2008.
21
22                              LEONARDO M. RAPADAS
                                United States Attorney
23                              Districts of Guam and NMI

24                      By:    /s/ Rosetta L. San Nicolas
                                ROSETTA L. SAN NICOLAS
25                              Assistant U.S. Attorney

26

27

28