```
1   LEONARDO M. RAPADAS
    United States Attorney
2   ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
3   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
4   Hagåtña, Guam 96910-5059
    TEL: (671) 472-7332
5   FAX: (671) 472-7215

6   Attorneys for the United States of America
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00008 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| SONG JA CHA, and IN HAN CHA, | ) | |
| Defendants. | ) | |

    I hereby certify that on May 12, 2008, I electronically filed United States Witness List with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 12, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participant: Howard Trapp, 200 Saylor Bldg., 139 Chalan Santo Papa Street, Hagatna, Guam

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

                        By:    /S/ Rosetta L. San Nicolas
                                ROSETTA L. SAN NICOLAS
                                Assistant U.S. Attorney