LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SONG JA CHA, and<br>IN HAN CHA,<br><br>　　　　　　Defendants. | CRIMINAL CASE NO. 08-00008<br><br>**UNITED STATES<br>WITNESS LIST** |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of the Motion to Suppress Hearing calendared for May 29, 2008 at 1:30 p.m..

1) Bia Nanoto, Guam Police Department

2) A.V. Camacho, Guam Police Department

3) Norbert Tan, Guam Police Department

4) John A. Perez, Guam Police Department

Respectfully submitted this 13 th day of May, 2008.

　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　ROSETTA L. SAN NICOLAS
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney