LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00008 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **UNITED STATES AMENDED WITNESS LIST** |
| ) | |
| SONG JA CHA, and ) | |
| IN HAN CHA, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of the Motion to Suppress Hearing calendared for May 29, 2008 at 1:30 p.m..

1) Bia Nanoto, Guam Police Department

2) A.V. Camacho, Guam Police Department

3) Norbert Tan, Guam Police Department

4) John A. Perez, Guam Police Department

5) Erfel Matanguihan, Immigration and Customs Enforcement

Respectfully submitted this 14th day of May, 2008.

                                                             LEONARDO M. RAPADAS
                                                             United States Attorney
                                                             Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney