LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00008 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| SONG JA CHA, and ) | |
| IN HAN CHA, ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on May 16, 2008, I electronically filed United States Supplemental Filing in Opposition to the Motion for the Return of Seized Property and the Suppression of Evidence with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 16, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participant: Howard Trapp, 200 Saylor Bldg., 139 Chalan Santo Papa, Hagatna, Guam

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /S/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney