CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant In Han Cha*



FILED
DISTRICT COURT OF GUAM

MAY 1 6 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00008 |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT IN HAN CHA'S RESPONSE TO UNITED STATES' MOTION TO REVOKE DEFENDANTS' RELEASE ON RECOGNIZANCE |
| SONG JA CHA, *et al.*, | ) | |
| Defendants. | ) | |

Defendant, In Han Cha, joins in the Response of Defendant Song Ja Cha to the United States' Motion to Revoke Defendants' Release on Recognizance, and argues (1) that the Declaration of the Assistant United States Attorney, Rosetta L. San Nicholas was not under oath or penalty of perjury as argued in Defendant Song Ja Cha's Response, and (2) that a culpable mental state is required in showing a violation of 9 Guam Code Ann. § 28.20, *see* 9 Guam Code Ann. § 4.40 and 9 Guam Code Ann. § 4.30, as argued in Defendant Song Ja Cha's Response.

ORIGINAL

Defendant In Han Cha denies that he committed the offense alleged in the United States' Motion to Revoke Defendants' Release on Recognizance.

Respectfully submitted this 16th day of May, 2008.

        **CIVILLE & TANG, PLLC**

By: _____
    **G. PATRICK CIVILLE**
    *Attorneys for Defendant In Han Cha*