**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
REVOCATION**

CASE NO.: CR-08-00008                                         DATE: May 29, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                                  Court Recorder: Mary Pangelinan
Courtroom Deputy: Walter M. Tenorio                           Electronically Recorded:1:11:51 - 4:00:22

**APPEARANCES:**
Defendant: Song Ja Cha                                        Attorney: Howard Trapp
          In Han Cha                                                            G. Patrick Civille
☑Present ☐Custody ☐Bond ☑P.R.                                 ☑Present ☑Retained ☐FPD ☑CJA
U.S. Attorney: Rosetta San Nicolas                            U.S. Agent:
U.S. Probation: Judy Ocampo
Interpreter: Sung W. Yoon                                     Language: Korean

**PROCEEDINGS: Motion to Revoke Release**
- Government sets forth the facts of the violations.
- Arguments by Mr. Trapp and Mr. Civille.
- Witnesses sworn and examined; exhibits marked and admitted.
- Revocation of Pretrial release     <u>denied.</u>
- Defendants to remain released.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| | |
|---|---|
| **United States of America** | **EXHIBIT AND WITNESS LIST** |
| V. | |
| **Song Ja Cha and In Han Cha** | Case Number: **CR-08-00008** |

| PRESIDING JUDGE<br>**JOAQUIN V.E. MANIBUSAN, JR.,** | PLAINTIFF'S ATTORNEY<br>**ROSETTA SAN NICOLAS** | DEFENDANT'S ATTORNEY<br>**HOWARD TRAPP, and G. PATRICK CIVILLE** |
|---|---|---|
| HEARING DATE (S)<br>MAY 29, 2008 | COURT REPORTER<br>MARY PANGELINAN | COURTROOM DEPUTY<br>WALTER TENORIO |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | 5/29/08 | | | **1:45 Sworn Special Agent Matanguihan** |
| | | | | | | **DX - by San Nicolas** |
| | | | | | | 1:54 CX - Trapp s |
| | | | 5/29/08 | | | 1:56 Sworn Special Agent Fejeran DX by Ms. San Nicolas |
| | | | | | | 2:10 CX - by Trapp |
| | | | | | | 2:16 CX - by Civille |
| | | | | | | 2:17 RE-DX by San Nicolas |
| | | | | | | 2:19 End |
| | | | 5/29/08 | | | **witness called and sworn Patricia Roberts** |
| | | | | | | **2:20 DX by Trapp** |
| | | A | 5/29/08 | 5/29/08 | 5/29/08 | Application Connie Sablan |
| | | B | 5/29/08 | 5/29/08 | 5/29/08 | Application Leilani L.C. Blas |
| | | C | 5/29/08 | 5/29/08 | 5/29/08 | Application Jessica Camacho |
| | | | | | | 2:32 DX- by Civille |
| | | | | | | End Civille |
| | | | | | | 2:36 - CX Ms. San Nicolas |
| | | | | | | End 2:56 Trapp and Civille |
| | | | | | | 2:36 End Witness excused |
| | | | | | | 3:00 Re-Called - Special Agent Ferjeran Follow-up by San Nicolas |
| | | | | | | CX - Mr. Trapp |
| | | | | | | CX - Mr. Civille |
| | | | | | | End Witness excused |

Page -1-