# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONG JA CHA and IN HAN CHA.<br><br>Defendants. | Criminal Case No. 08-00008<br><br>**ORDER** |

The court is in receipt of Defendant Song Ja Cha's Motion for Return of Property and Motion to Suppress and Defendant In Han Cha's Motion for Return of Property and Motion to Suppress. *See* Docket Nos. 70 and 72.

Pursuant to 28 U.S.C. § 636(b)(1)(B), these matters are hereby referred to United States Magistrate Judge Manibusan to set for an evidentiary hearing and to determine and make his report and recommendation to this court.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jun 02, 2008**