

Songchastp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 0 4 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00008 |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO CONTINUE MOTION HEARING AND VACATE TRIAL DATE |
| SONG JA CHA, et. al., | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendants through their counsels, Howard Trapp and G. Patrick Civille, hereby stipulate to continue the motions hearing currently scheduled for June 6, 2008, and that it be rescheduled to a date in August 2008, a specific date and time to be selected by the court. AUSA Rosetta San Nicolas is scheduled for surgery and medical treatment from June 6, 2008 with a recovery period of four to six weeks, in Honolulu, Hawaii.

//
//
//
//

The parties also request that the trial date currently set for June 23, 2008, be vacated pending the resolution of the Motion for the Return of Seized Property and the Suppression of Evidence.

SO STIPULATED.

6/4/08
DATE

HOWARD TRAPP
Attorney for Defendant Song Ja Cha

6/4/08
DATE

G. PATRICK CIVILLE
Attorney for Defendant In Han Cha

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

6/3/08
DATE

By:

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney