IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00008-001 & -002 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| SONG JA CHA and IN HAN CHA, | ) (1) Setting Hearing on Suppression Motions |
| Defendants. | ) and |
| | ) (2) Vacating Trial & Pretrial Conference Dates |

On June 2, 2008, the Chief Judge referred two motions to the below-signed judge: defendant Song Ja Cha's Motion for Return of Property and Motion to Suppress (Docket No. 70) and defendant In Han Cha's Motion for Return of Property and Motion to Suppress (Docket No. 72). See Docket No. 101. The court notes that the Government has filed a response to both motions and has filed its witness list as well. Neither defendant, however, has filed a reply to the Government's response nor has either filed a witness list. Accordingly, each defendant may file a reply brief no later than June 16, 2008. If either defendant intends to present evidence through the testimonies of witnesses, then each shall file a witness list no later than June 23, 2008. For the reasons set forth in the Stipulation filed on June 4, 2008, (Docket No. 102), the hearing on the matter shall be held on Thursday, August 7, 2008, at 10:00 a.m.

Additionally, for the reasons set forth in the parties' Stipulation, the jury trial scheduled to commence on June 23, 2008, as well as the pretrial conference scheduled for June 6, 2008, are hereby vacated. The trial shall be re-scheduled upon final disposition of the motions by the Chief Judge. Furthermore, based on the above-referenced Stipulation, the period between June 4, 2008,

1   and August 7, 2008, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) since

2   the ends of justice are best served by continuing the case as requested and outweigh the interest of

3   the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act,

4   18 U.S.C. § 3161.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 05, 2008**