**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
|     Plaintiff, | ) | USDC Cr. Cs. No.: 08-00008-002 |
| | ) | |
| vs. | ) | |
| | ) | **SPECIAL REPORT** |
| In Ha Cha, | ) | |
|     Defendant. | ) | |
| | ) | |

**Re:    Request for Modification of Release Conditions**

On February 8, 2008, In Ha Cha made an Initial Appearance on an Indictment charging him with Count I: Conspiracy, in violation of 18 U.S.C. §371; Count II: Sex Trafficking, in violation of 18 U.S.C. §§1591 & 2; Count III: Coercion and Enticement to Travel for Purposes of Prostitution, in violation of 18 U.S.C. §§2422 & 2; and Count IV: Forfeiture Allegation, in violation of 18 U.S.C. §1594(b).  On the same date, Mr. Cha was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; surrender any passport to the U.S. Probation Office; obtain no passport; abide by the following restrictions on personal association, place of abode, or travel: not leave Guam without permission of the U.S. Probation Office; avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution: Kina Choiter, Erneel Nemek, Sonina Suwain, Lusy Paul, Maktalena Chanien; Daileen Rober, Simirina Samuel, and Nana Tipingeni; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; participate in the home detention component of the home confinement program, which will or will not include electronic monitoring or other location verification system; report any contact with law enforcement; comply with the Superior Court of Guam release conditions; and not change residence without permission of the U.S. Probation Office.

On May 20, 2008, Mr. Cha informed this officer that he had difficulty sleeping at night and would like to participate in counseling services which his wife, and co-defendant, Song Ja Cha, is receiving at this time.  On May 30, he came into the U.S.Probation Office to execute the Consent to Modify Condition of Release.

**Special Report  
Request for Modification  
of Release Conditions  
CHA, In Ha  
Page 2**

It is recommended that the Court modify Mr. Cha's pretrial release conditions, pursuant to 18 U.S.C. §3142(c)(3) to include:

1. That the defendant shall submit to a mental health assessment approved by the U.S. Probation Office, and shall participate in any recommended treatment as a result of that assessment. The defendant shall also make a co-payment for treatment at a rate to be determined by the U.S. Probation Office.

Mr. Cha and his attorney have agreed to the proposed modification and have executed Pretrial Services PS42, Consent to Modify Conditions of Release.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON  
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO  
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist  
Supervision Unit Leader

cc: Karon V. Johnson, Assistant U.S. Attorney  
Howard Trapp, Defense Counsel  
File