PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

United States of America )
)
vs. )
)
In Ha Cha )   Case No: 08-00008-002

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, In Ha Cha, have discussed with Judy Anne L. Ocampo, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

That the defendant shall submit to a mental health assessment approved by the U.S. Probation Office, and shall participate in any recommended treatment as a result of that assessment. The defendant shall also make a co-payment for treatment at a rate to be determined by the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/30/08          _____  5/30/08
Signature of Defendant     Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    5/30/08
Signature of Defense Counsel                 Date

[X] The above modification of conditions of release is orderd, to be effective immediately.

[ ] The above modification of conditions of release is *not* ordered.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 16, 2008