**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant In Han Cha*



**FILED**
DISTRICT COURT OF GUAM
JUN 23 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00008 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT IN HAN CHA'S WITNESS LIST RE HEARING ON MOTION TO SUPPRESS** |
| SONG JA CHA, *et al.*, ) | |
| Defendants. ) | |

Defendant, IN HAN CHA, may present evidence on the hearing of his Motion for Return of Seized Property and Suppression of Evidence through the testimony of the following witnesses:

1. Curtis C. Van de Veld, Esq.

2. Ignacio Camacho, Barrigada, Guam

3. Any person listed on the witness list of Song Ja Cha

4. Any person listed as a witness on the witness list of the Government

5. In Ha Cha

Respectfully submitted on this 23rd day of June, 2008.

CIVILLE & TANG, PLLC

By: G. PATRICK CIVILLE
*Attorneys for Defendant In Ha Cha*

ORIGINAL