IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00008-001 & -002 |
| Plaintiff, | ) | |
| vs. | ) | |
| SONG JA CHA and IN HAN CHA, | ) | **ORDER** |
| Defendants. | ) | |

Based on the scheduling needs of the court, the hearing on the Defendants' motions for return of property and motions to suppress, previously scheduled for August 7, 2008, is hereby moved to August 13, 2008, at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 03, 2008**