# UNITED STATES DISTRICT COURT

DISTRICT OF

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA<br>V.<br><br>IN HAN CHA<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-08-00008-002 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>**302**<br><br>Date and Time<br>**Friday, July 25, 2008 at 11:00 a.m.** |

To answer a(n)

X Superseding Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Conspiracy, 18 U.S.C. § 371, Count 1

Sex Trafficking, 18 U.S.C §§ 1591, 1594 and 2, Counts 2 through 10

Coercion and Enticement to Travel for Purpose of Prostitution, 18 U.S.C. §§ 2422 and 2, Counts 11 through 20

Forfeiture Allegation, 18 U.S.C. § 1594(b), Count 21

RECEIVED
JUL 25 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**July 24, 2008**
Date

# RETURN OF SERVICE

Service was made by me on:[1]     Date 7/24/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Probation Office, Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   7/24/08      Jake Salas
           Date                       Name of United States Marshal

                                                            (by) Deputy United States Marshal

Remarks: