# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00008　　　　　　　　　　　　DATE: July 25, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda　　　Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 11:12:25 - 11:19:59

---

**APPEARANCES:**

Defendant: Song Ja Cha　　　　　　　　Attorney: Howard Trapp
　　　　　　In Ha Cha　　　　　　　　　　　　　　G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☑ CJA

U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS:** Initial Appearance on a Superseding Indictment and Arraignment
- Defendants waive reading of Superseding Indictment.
- Defendants sworn and examined.
- Pleas entered: Not guilty
- Trial will be set upon final disposition of pending motions.
- Defendants are released as previously ordered by this Court.

NOTES: