(jet)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant Song Ja Cha




FILED
DISTRICT COURT OF GUAM

AUG 1 1 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 08-00008 |
| Plaintiff, | ( | STIPULATION |
| vs. | ( | |
| SONG JA CHA, et al., | ( | |
| Defendants. | ( | |

It is stipulated that the hearing on Defendants' Motions for Return of Property and Motions to Suppress, previously scheduled for August 7, 2008, and moved to August 13, 2008, be further continued to October 1, 2008.

The reasons for this stipulation are as follows:

In the present case Assistant United States Attorney Rosetta L. San Nicolas is the attorney for the Government, Howard Trapp is the attorney for Defendant Song Ja Cha, and Patrick G. Civille is the attorney for Defendant In Han Cha. Ms. San Nicolas is the attorney for the Government in *United States vs. Nathaniel Diaz Punzalan*, Criminal Case No. 07-00075 in this Court, and *Punzalan* is scheduled for trial on August 11, 2008. Mr. Trapp is the attorney for Defendant in *United States vs. Ji Eon Lee*, Criminal Case No. 08-00016 in this Court, and the trial of *Lee* is

(STIPULATION)
Criminal Case No. 08-00008

scheduled to trail that of *Punzalan*. Consequently, either Ms. San Nicolas or Mr. Trapp or both will be unavailable for the hearing on Defendants' Motions for Return of Property and Motions to Suppress in the present case as scheduled.

Dated at Hagåtña, Guam, this 11th day of August, 2008.

_____
ROSETTA L. SAN NICOLAS
ASSISTANT UNITED STATES ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant
Song Ja Cha

_____
PATRICK G. CIVILLE
CIVILLE & TANG, PLLC.
Attorney for Defendant
In Han Cha

(DOCUMENTS/Stip.SJCha)