(jet)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant Song Ja Cha

# DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ( Criminal Case No. 08-00008-001 & 002 |
| Plaintiff, | ( |
| vs. | ( |
| | ( ORDER |
| SONG JA CHA and IN HAN CHA, | ( |
| Defendants. | ( |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the hearing on Defendants' Motions for Return of Property and Motions to Suppress, previously scheduled for August 7, 2008, and moved to August 13, 2008, is further continued to October 1, 2008, at 9:00 A.M.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Aug 12, 2008**

(DOCUMENTS/OrderContHrg.SJCha)